

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2021

No. 04-19-00736-CV

Robyn Lynn **SHALIT**,
Appellant/ Cross-Appellee

v.

Michael Lawrence **SHALIT**,
Appellee/ Cross-Appellant

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 11-177
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

On September 29, 2020, we considered the parties' requests for submission by oral argument, but we set this cause for submission on briefs on November 4, 2020.

On further consideration, we withdraw our September 29, 2020 order.

We set this cause for submission by oral argument on Thursday, July 8, 2021, at 2:00 p.m., before a panel consisting of Justice Patricia O. Alvarez, Justice Luz Elena D. Chapa, and Justice Irene Rios. In accordance with the Texas Supreme Court's emergency orders in response to the COVID-19 pandemic, the oral argument will be held through the Fourth Court of Appeals' Zoom license.

Counsel will receive a separate e-mail that will contain a link for the oral argument. Counsel are admonished as follows:

1. The link to Zoom is only for counsel presenting argument and is not to be shared with any other person. Counsel will need a computer or other electronic device with a camera, a microphone, and access to the Internet. If counsel intends to present any exhibits during oral argument, any such exhibits must be electronically filed by noon on the day before argument.

2. The argument will be live streamed to the Court's YouTube channel for the benefit of the public. The argument can be accessed using the following link:

https://www.youtube.com/channel/UCiaWJQ7eW5OQIALdyLN6s3A

3. Counsel are encouraged to familiarize themselves with the Zoom platform. The Clerk of the Court will contact counsel no later than the week before argument to verify connectivity and equipment.

4. Counsel must wear court-appropriate attire and choose an appropriate background.

5. The time for oral argument will be allotted as follows:

| | |
|---|---|
| Appellant's/Cross-Appellee's opening argument | 20 |
| Appellee's/Cross-Appellant's argument, response | 25 |
| Appellant's/Cross-Appellee's response, rebuttal | 15 |
| Appellee's/Cross-Appellant's rebuttal | 10 |

*See* 4TH TEX. APP. (SAN ANTONIO) LOC. R. 9.1.

If any participant's link is disconnected during argument, timing of the argument will stop until the participant is able to reconnect.

If any party no longer wishes to present oral argument, the party must notify this court in writing within seven days of receiving this notice.

It is so **ORDERED** on May 12, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court